UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENDARETH T. MEAS,<br><br>　　　　　　　　Petitioner<br><br>　　　v.<br><br>J. LIZARRAGA,<br><br>　　　　　　　　Respondent. | Case No. CV 15-4368-FMO (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition"), all pleadings and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's "Opposition" to the Report.  The Court has conducted a *de novo* review of those matters in the Report to which Petitioner has stated objections.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATE: March 3, 2017

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE