1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   CHENDARETH T. MEAS,                    Case No. CV 15-4368-FMO (GJS)
12              Petitioner
13        v.                                **JUDGMENT**
14   J. LIZARRAGA,
15              Respondent.
16
17
18        Pursuant to the Court's Order Accepting Findings and Recommendations of
19   United States Magistrate Judge,
20        IT IS ADJUDGED THAT this action is dismissed with prejudice.
21
22   DATE: March 3, 2017              _____/s/_____
23                                    FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28